Núm. 1089.—Báez, peticionario, *v.* Corte, dmda.— Noviembre 25, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, mientras se juzgaba a Luis Iturrino López en la Corte de Distrito de Mayagüez por el delito de ataque con intención de cometer homicidio, El Pueblo de Puerto Rico manifestó a la corte que se proponía probar que el acusado era loco y solicitó asimismo la designación de tres peritos, sin haberlo requerido el acusado;

Por cuanto, ciertos errores fueron alegados como cometidos en las minutas de la corte que se referían a la constitución del concejo pericial, nombrado para calificar la cordura del acusado;

Por cuanto, Enrique Báez García era el abogado del acusado y radicó una moción en la Corte de Distrito de Mayagüez en la cual exponía los hechos que anteceden y otros, y en la cual solicitaba que las minutas de la corte fueran corregidas.;

Por cuanto, la corte ordenó al Secretario de la misma que no radicara la moción por no haberse fijado en la misma el sello de impuesto forense de un dólar, de acuerdo con el artículo 11 de la Ley 43 de 1932;

Por cuanto, Enrique Báez García estaba actuando en el caso como un abogado nombrado por la corte (de oficio), y no voluntariamente;

Por cuanto, Enrique Báez García alega que ha radicado esta petición de *certiorari* en su propio nombre porque el deber de satisfacer el sello forense le incumbe a él y no a su representado y también porque el acusado se encuentra recluso en el manicomio;

Por cuanto, la acción principal de la corte fué rehusar permiso para radicar la moción antes referida e impedir la consideración de las cuestiones levantadas en dicha moción, y por tanto era una actuación que afectaba primordialmente al acusado, en vez de al abogado;

Por cuanto, cuando están envueltos los derechos de un representado, la petición de *certiorari* debe ser incoada a su nombre en vez de a nombre del abogado;

Por tanto, nos sentimos obligados a denegar el auto solicitado, y así se ordena.